UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Iesha Northington,

       Plaintiff,

                                Case No. 16-cv-10381
v.                              Hon. Judith E. Levy
                                Mag. Judge Mona K. Majzoub

A. WARD, et al,

       Defendants.

_____/

**<u>OPINION AND ORDER OF DISMISSAL</u>**

On February 3, 2016, the Court severed plaintiff's claims from those in Case No. 15-cv-13104 and ordered plaintiff Iesha Northington within 30 days either to pay the Court's filing fees or to file documentation required by 28 U.S.C. § 1915(a)(2) and a sworn statement that she is not subject to the three-strike limitation of § 1915(g). Plaintiff has done neither, nor has she shown good cause for her failure to do so. Accordingly, this case is DISMISSED with prejudice. The Court makes no determination as to the merits of the case. Furthermore, appeal from this decision cannot be taken in good faith.

IT IS SO ORDERED.

Dated: March 11, 2016                    s/Judith E. Levy
     Ann Arbor, Michigan              JUDITH E. LEVY
                              United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 11, 2016.

                              s/Felicia M. Moses
                              FELICIA M. MOSES
                              Case Manager